UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/16

CLARENCE JORDAN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

EVERYDAY HEALTH, INC., DOUG MCCORMICK, BEN WOLIN, HABIB KAIROUZ, DAVID GOLDEN, SHARON WIENBAR, MYRTLE POTTER, DANA EVAN, and LAIZER KORNWASSER,

Defendants.

Case No. 16-cv-8836-KMW

**NOTICE OF DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

December 9, 2016

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: _____
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Fl.
New York, NY 10017
Phone: (212) 983-9330
Fax:   (212) 983-9331
Email: nfaruqi@faruqilaw.com
       jwilson@faruqilaw.com

Counsel for Plaintiff

**SO ORDERED BY THE COURT:**

12-20-16

_____
Hon. Kimba M. Wood